UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIYAHU BANASH, | |
| Plaintiff, | CIVIL ACTION NO. 3:18-CV-01252 |
| v. | (MEHALCHICK, M.J.) |
| CBH20, LP., | |
| Defendant. | |

**ORDER**

AND NOW, this 13th day of March, 2020, for the reasons set forth in the Memorandum Opinion filed concurrently with this Order, the motion for summary judgment of the Defendant CBH20, LP. (Doc. 33) is **GRANTED.** The Clerk of Court is directed to **CLOSE** the above-captioned action.

Dated: April 13, 2020

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**